

# AutoNation Certified Offer

## We'll Buy Your Car Whether You Buy a Car From Us Or Not!

Bring this certificate to any of our AutoNation store locations and get paid for your car.

### VEHICLE CONDITION REPORT

**Exterior**
- **Exterior Color** Polar White
- **Body Condition** No Damage
- **Glass Condition** No Damage
- **Addtl Exterior Modifications** No
- **Standard Wheels/Tires** Yes
- **Rust Condition** None

**Interior**
- **Interior Condition** No Damage

**Mechanical**
- **Material Covering Seats** Leather
- **Overall Driving Condition** Drives Good
- **Engine Condition** No issues
- **Needs Mechanical Work** No work needed
- **Tires Condition** None
- **Warning Lights** None
- **Any Accident History** No

**Additional**
- **Driver Assist Package** Yes
- **Heads up display** No

- **Cooled Seats** No
- **AMG Line** No
- **Equipped w/o Heated Seats** Yes
- **Equipped w/o Navigation** Yes
- **Equipped w/o Panoramic Sunroof** No
- **Equipped w/o Premium Package** No
- **Sets of Keys** 2

**Come In Prepared and Get Paid for Your Car !**
Please bring in your vehicle and the following items:

- **Valid Registration & Driver's License**
- **Title** (if paid in full)
- **Lien Holder Name, Phone & Account #** (if applicable)*

*Check amount will be less any outstanding liens

**Call AutoNation Today!**
855-394-5986
Mon - Fri 9:00AM - 9:00PM
Sat 9:00AM - 8:00PM
Sun 12:00PM - 6:00PM

*We reserve the right to modify or cancel this offer if the condition of the vehicle does not meet the description of the vehicle provided. Offer void if the vehicle odometer mileage exceeds the described mileage by 500 or more miles. The AutoNation Certified Offer must be redeemed on or before the expiration date listed on the Certificate but in no event later than 7 days after the certificate was issued. The vehicle must be delivered with a valid registration and title in your name (all individuals listed on title must be present). Check amount paid to you will be net of all outstanding liens or payoffs due on the vehicle. You are responsible for any loan balances in excess of the Appraisal Offer amount. Vehicle must be delivered to an AutoNation Inc. retail location. Checks provided by AutoNation for payment for your vehicle will have anti-fraud protection that may delay cashing the check by several business hours.

---

## AutoNation

**PAY TO THE ORDER OF** Fidel Owens

**CERTIFIED OFFER AMOUNT** $ 9,547*

Nine Thousand Five Hundred Forty Seven and 00/100 DOLLARS

**VEHICLE INFORMATION:**
2019 Mercedes-Benz C-Class c 300 rear-wheel drive sedan
VIN: 55SWF8DB0KU313989
Odometer: 105,000
Transmission: Automatic

**THIS IS NOT A CHECK**



Certificate No. WB 428876372-1674738216 | Issued to: mowens@neflrm.com | Certificate Issue Date 11/17/2025 | Expires on 11/24/2025