[Doddos] [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

Dated: January 30, 2026

_____
Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 3:26–bk–00104–BAJ
                                                                Chapter 13

Fidel Michael Owens
dba Lux Auto Rentals
dba NEFLM/Northeast Florida Risk Mgt.

Heather Merrie Owens

_____Debtor*_____/

### ORDER DENYING MOTION TO DETERMINE SECURED STATUS/VALUE OF MERCEDES BENZ FINANCIAL

THIS CASE came on for consideration, without hearing, of the Motion to Determine Secured Status/Value of Mercedes Benz Financial filed by Debtor's Attorney , Doc. # 21 . After review, the Court determines that the motion is deficient as follows:

> Service upon the non–individual respondent to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process is not indicated. Fed. R. Bankr. P. 7004(b)(3).

> The Motion does not contain a legal description for real property or a VIN number for a vehicle.

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.