# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION
www.flmb.uscourt.gov

In re:  Case No.: 3:25-BK-04791-JAB

Carlos Freijo Valdivie,  Chapter 7

      Debtor.

_____/

## NOTICE OF APPEARANCE

The undersigned serves this Notice of Appearance in this cause on behalf of Creditor, CIG Financial, LLC dba AutoNation Finance, and requests that all pleadings be served on him pursuant to 11 U.S.C. § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010, Federal Rules of Bankruptcy Procedure.

                **Heckman Law Group, P.L.**

                By: */s/ Chad D. Heckman*
                Florida Bar No.: 0526029
                Attorney for Creditor
                P.O. Box 12492
                Tallahassee, Florida 32317-2492
                Phone: (850) 583-4161
                E-Service: eservice@heckmanlawgroup.com
                HLG File No.: 25-448

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing pleading was furnished to the addresses below by U.S. Mail and/or electronic means via the CM/ECF system on December 31, 2025 to:

Gregory L. Atwater, P.O. Box 1865, Orange Park, FL 32067
*Trustee* (usual place of business)

Ismael Jose Labrador, Gallardo Law Firm 8492 SW 8th St, Miami, FL 33144
*Attorney for Debtor* (usual place of business)

Carlos Freijo Valdivie, 13477 Ashford Wood CT E, Jacksonville, FL 32218
*Debtor* (usual place of abode)

                                               **Heckman Law Group, P.L.**

                                               By: */s/ Chad D. Heckman*
                                               Florida Bar No.: 0526029
                                               Attorney for Creditor
                                               P.O. Box 12492
                                               Tallahassee, Florida 32317-2492
                                               Phone: (850) 583-4161
                                               E-Service: eservice@heckmanlawgroup.com
                                               HLG File No.: 25-448